IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARSON TROY TILLET,<br><br>Defendant. | CR 23-12-BLG-SPW<br><br>**ORDER** |

Defendant appeared before the Court on May 23, 2025, for a detention hearing. For reasons discussed on the record, Defendant shall be released pending the hearing on final revocation of supervised release under the same terms and conditions previously imposed on supervised release.

DATED this 23rd day of May, 2025.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge